PROB. 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*

99-CR-125-33(JAF)

DOCKET NUMBER *(Rec. Court)*

07-10367-UN

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT: PUERTO RICO | DIVISION: U.S. PROBATION OFFICE | |
|---|---|---|---|
| LUIS RODRIGUEZ-TORRES<br><br>4 St Jerome Avenue<br>Holyoke, MA 01040 | NAME OF SENTENCING JUDGE<br><br>HONORABLE JOSE A. FUSTE | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>09/20/2005 | TO<br>09/19/2010 |

OFFENSE

Title 21, USC, § 846 Conspiracy to possess with intent to distribute more than five kilograms of cocaine and more than one kilogram of heroin
Title 18, U.S.C. § (a)(1)(B)(I) Laundering of Monetary instruments.

RECEIVED AND FILED 2007 DEC -5 PM 12:46 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Massachusetts</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/4/07
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/10/07
Effective Date

*[signature]*
United States District Judge